872

No. 98–95. KEY BANK NATIONAL ASSN., FKA KEY BANK OF NEW YORK *v.* MILHAM ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–96. ELLIOTT'S ENTERPRISES, INC. *v.* FLYING J, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–99. JADAIR, INC. *v.* ALLIED COLLOIDS, INC. C. A. 4th Cir. Certiorari denied.

No. 98–100. FAIRFULL *v.* LEE, MAJOR, COMMANDER, TROOP D, FLORIDA HIGHWAY PATROL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–104. SANCHEZ ET UX. *v.* SWYDEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–106. SASSOWER *v.* MANGANO, PRESIDING JUSTICE OF THE APPELLATE DIVISION, SECOND DEPARTMENT, SUPREME COURT OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–107. SMITH *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–108. DAVIS ET AL. *v.* SHAVERS. Sup. Ct. Ga. Certiorari denied.

No. 98–109. PARRA ET AL. *v.* CITY OF CHINO ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–110. KORNFELD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 98–111. MILDEN ET UX. *v.* STATE OF THE ART, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–112. BRYANT ET AL. *v.* GENERAL DYNAMICS CORP. C. A. 5th Cir. Certiorari denied.

No. 98–113. SENCHENKO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.